Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
**NUKK-FREEMAN & CERRA**
550 W B Street, 4th Floor
San Diego, CA 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

Chad K. Lang (Florida SBN 156922) *Admitted Pro Hac Vice*
clang@smgqlaw.com
**SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO, LLP**
201 Alhambra Circle, Suite 1205
Coral Gables, FL 33134-5150
Tel. 305.377.1000
Fax 855.327.0391

*Attorneys for Truluck's Restaurant Group, Ltd.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRULUCK'S RESTAURANT GROUP, LP, a Texas limited partnership and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 20-CV-1911-WQH-NLS<br><br>**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Assigned to: Hon. William Q. Hayes* |

**TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

**WHEREAS,** Plaintiff JULISSA COTA ("Plaintiff") filed a lawsuit in the above-captioned action against Defendant TRULUCK'S RESTAURANT GROUP, LP ("Defendant") on September 24, 2020 (the "Action");

/ / /

99026-002/00429028-1

---

**WHEREAS,** Defendant denies all allegations in the Action;

**WHEREAS,** Plaintiff and Defendant (hereinafter collectively referred to as the "Parties") agreed to fully and forever settle any and all claims asserted by Plaintiff in the Action or that could be asserted related to the Action; and

**WHEREAS,** the Parties entered into a written settlement agreement to fully resolve the Action and, pursuant to that settlement agreement, Plaintiff agrees to dismiss the Action with prejudice.

**THEREFORE,** the Parties hereby file this Joint Motion to Dismiss the Action of Plaintiff With Prejudice pursuant to FRCP 41(a)(1)(A)(ii), and Plaintiff hereby dismisses the Action with prejudice, with each party to bear their own attorneys' fees and costs.

Dated: March 4, 2021                **WILSHIRE LAW FIRM**

By: */s/ Thiago Coelho*
Thiago Coelho (SBN 324715)
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
Tel. 213.381.3388
Fax 213.381.9989
thiago@wilshirelawfirm.com

*Attorneys for Plaintiff and
the Proposed Class*

**[ADDITIONAL SIGNATURES ON NEXT PAGE]**

| | | |
|---|---|---|
| 1 | Dated: March 4, 2021 | **NUKK-FREEMAN & CERRA** |
| 2 | | |
| 3 | | By: */s/ Stacy L. Fode* |
| 4 | | Stacy L. Fode (SBN 199883) |
| 5 | | 550 W B Street, 4th Floor |
| 6 | | San Diego, CA 92101 |
| 7 | | Tel. 619.292.0515 |
| 8 | | Fax 619.566.4741 |
| 9 | | sfode@nfclegal.com |

Dated: March 4, 2021    **SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO, LLP**

By: */s/ Chad K. Lang*
Chad K Lang (Florida SBN 156922)
201 Alhambra Circle, Suite 1205
Coral Gables, FL 33134-5150
Tel. 305.377.1000
Fax 855.327.0391
clang@smgqlaw.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant
Truluck's Restaurant Group, Ltd.*

99026-002/00429028-1

## ATTESTATION

In accordance with Southern District of California Electronic Case Filing Administrative Policies and Procedures Section 2(f)(4), I, Stacy L. Fode, attest that I have obtained concurrence in the filing of this document from the other signatories listed here.

/s/ *Stacy L. Fode*
Stacy L. Fode

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of March 2021, true and correct copies of the Joint Motion to Dismiss with Prejudice were filed with the Court via the CM/ECF.

/s/ *Stacy L. Fode*
Stacy L. Fode